UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CHRISTOPHER GURBA | * | No. 20-CV-02157 |
|---|---|---|
| | * | SECTION "A" (4) |
| v. | | |
| | * | JUDGE ZAINEY |
| RICHARD V. SPENCER, SECRETARY U.S. DEPARTMENT OF THE NAVY | * | MAGISTRATE ROBY |

\* \* \*

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes defendant, Richard V. Spencer, Secretary U.S. Department of the Navy, who respectfully moves this Honorable Court under LR 83.2.4 to enroll Sandra Ema Gutierrez as counsel of record on his behalf.

This suit was transferred to this Court from the United States District Court for the District of Columbia.  Rec. Doc. 6, Transfer Order.

Ms. Gutierrez's mailing and e-mail addresses are as follows:

> SANDRA EMA GUTIERREZ (LA #17888)
> Assistant United States Attorney
> 650 Poydras Street, Suite 1600
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3124
> Facsimile: (504) 680-3184
> sandra.gutierrez@usdoj.gov

**WHEREFORE**, defendant, Richard V. Spencer, Secretary U.S. Department of the Navy, prays that this motion be granted and that Sandra Ema Gutierrez be enrolled as counsel of record on his behalf.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

**BY:**     *s/Sandra Ema Gutierrez*
            **SANDRA EMA GUTIERREZ**
            Assistant United States Attorney
            LA Bar #17888
            650 Poydras Street, Suite 1600
            New Orleans, Louisiana 70130
            Telephone:   (504) 680-3124
            Sandra.gutierrez@usdoj.gov

2