# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER GURBA** | **CIVIL ACTION** |
| **VERSUS** | **NO:   20-2157** |
| **RICHARD V. SPENCER, SECRETARY U.S. DEPARTMENT OF THE NAVY** | **SECTION: "A" (4)** |

## ORDER

Considering the foregoing *ex parte* **Motion to Enroll Counsel (R. Doc. 8)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and attorney Sandra Ema Gutierrez (Bar No.: 17888) is enrolled as additional counsel of record for Defendant Richard V. Spencer, Secretary U.S. Department of the Navy in the above-captioned matter.

New Orleans, Louisiana, this <u>28th</u> day of August 2020.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**